# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161839

IN THE MATTER OF

BRUCE U. MORROW, JUDGE                    SC: 161839
3rd CIRCUIT COURT                         JTC Formal Complaint 102

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

      On order of the Chief Justice, the time allowed for oral argument shall be 20 minutes for each side.  MCR 7.314(B)(1).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2021



Clerk